Ahmed Ali BUKANNAN; Abdul Elah Ali Bukannan; Abdul Hameed Ali Bukannan; Hussain Ali Bukannan; Yousef Ali Bukannan, Appellees,

v.

Dale RUTHERFORD; Isaac Rutherford, Appellants.

No. 02–3709.

United States Court of Appeals, Eighth Circuit.

Submitted March 28, 2003.

Decided May 30, 2003.

Before MELLOY, HEANEY, and SMITH, Circuit Judges.

PER CURIAM.

Dale and Isaac Rutherford appeal the order of the district court[1] which granted summary judgment to Ahmed Ali Bukannan and his brothers on their claims for breach of contract and conversion. A jury determined the Rutherfords were liable for fraud and constructive fraud in the amount of $300,000, and that the amount of damages for which the Rutherfords were liable for breach of contract and conversion was $152,000. The jury also awarded punitive damages of $450,000. Having carefully reviewed the record, we conclude that the district court properly granted summary judgment on the breach-of-contract and conversion claims in favor

of the plaintiffs. *See Get Away Club v. Coleman,* 969 F.2d 664, 666 (8th Cir.1992).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.